# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED
APR 17 2015
_____, Clerk

UNITED STATES OF AMERICA
V.

Brittany Sheneen Cantu     PRINCIPAL
A206 901 472    YOB:    1991
United States Citizen

## CRIMINAL COMPLAINT

Case Number:
M-15- 0598 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 15, 2015__ in __Brooks__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Antonio Ayala-Gomez and Alfredo Garcia-Molina, both citizens of Mexico who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Encino, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__   FELONY
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

**On April 15, 2015, at approximately 5:40 p.m., DPS Trooper Thomas Arriaga conducted a traffic stop on a blue Dodge Caravan on Highway 281, near Encino, for speeding and an improperly placed/obscured license plate. Trooper Arriaga requested assistance from Border Patrol Agents in determining alienage on two passengers in the van.**

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   ☒ Yes  ☐ No

_approved by_
_AUSA KDR_

Signature of Complainant

**Israel Perez       Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 17, 2015                                          at   **McAllen, Texas**
Date                                                          City and State

**Peter E. Ormsby            , U. S. Magistrate Judge**
Name and Title of Judicial Officer                            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- 0598 -M

RE:  Brittany Sheneen Cantu            A206 901 472

**CONTINUATION:**

Supervisor Mercado and Agent Jewell, arrived and questioned the two passengers. Both claimed to be illegally in the United States. The driver, identified as Britanny Sheneen CANTU, claimed to be a United States Citizen.

Trooper Arriaga told agents, after receiving consent to search the vehicle, he found one of the illegal aliens concealed in the floorboards between the front seats and middle row of the van. The second illegal alien was found hidden in the compartment behind the third row of seats, where the spare tire would normally be stored.

Both CANTU, and the smuggled aliens were transported to the Falfurrias Border Patrol Station.

**PRINCIPAL'S STATEMENT:**

Brittany Sheneen CANTU was read her rights. She stated she was willing to provide a statement without the presence of an attorney.

CANTU told agents that after the DPS Trooper stopped her, she had a bad feeling so she told the Trooper she had people hidden in the van. She admitted that normally she hires people to smuggled illegal aliens for her, but on this occasion, she had to do it herself. Additionally, she had a steel plate fabricated to fit in place of the stock cardboard piece that lays over the spare tire. This steel plate was made specifically to conceal bodies so it would be harder for law enforcement to find people hidden there. CANTU stated she has made between $20,000 and $40,000 smuggling aliens. CANTU told agents she knew how long a person would be able to stand being in the middle floorboard compartment, because she has tested it out herself for approximately an hour and half.

**NOTE:** CANTU was the principle in a 2014 Administrative Smuggling Case where she was transporting two illegal aliens in the trunk of a Ford Mustang. She was caught at the Sarita Checkpoint and was not charged with alien smuggling at the time.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- 0598 -M

RE:   Brittany Sheneen Cantu                    A206 901 472

**CONTINUATION:**

MATERIAL WITNESSES' STATEMENTS:

Both material witnesses were read their rights. Both agreed to provide statements without the presence of an attorney.

1- Antonio Ayala-Gomez, a citizen of Mexico, told agents he was charged $5,000 (USD) to be smuggled to San Antonio, Texas. After illegally crossing the Rio Grande River, he was taken to two different houses. At the second house, a van came to pick him up. Ayala was put into the spare tire compartment. He stated he could not identify the driver of the van. Ayala told agents it was very hard to breathe in the compartment.

2- Alfredo Garcia-Molina, a citizen of Mexico, was charged $4,000 (USD) to be smuggled into the United States. After illegally crossing the river, a vehicle arrived and transported him to a hotel where he stayed by himself for 2 days. After 2 days, a van arrived, driven by an unknown man, who put him in a compartment in the floorboard behind the front seats. Garcia stated there was already a man in the back compartment behind the seats when he boarded the van. The van departed the hotel and arrived at a house, where he exited the compartment for a moment while the vehicle was stopped. While momentarily out of his compartment, he was able to see a woman exit the house and board the driver's seat of the van. The woman and the two men then departed and were stopped by the police later. Garcia identified CANTU in a photo lineup as the driver of the van.